## Joe SCHULTE v. STATE.
### No. 14178.

Court of Criminal Appeals of Texas.

June 17, 1931.

J. W. Ragsdale, of Victoria, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge, the judgment, and sentence appear to be regular, and, no error appearing, the judgment will be affirmed.

## J. A. SHAW v. STATE.
### No. 14566.

Court of Criminal Appeals of Texas.

June 24, 1931.

A. T. Blackshear, of Jasper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, the unlawful possession of intoxicating liquor for the purpose of sale; punishment, one year in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.